**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

___

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| VS. | ) | CR. NO. 1:17-10067-STA |
| HEATHER WALKER, | ) | |
| Defendant. | ) | |

___

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**
___

This cause came to be heard on March 5, 2018, Assistant United States Attorney, Taylor Eskridge, appearing for the Government and the defendant, Heather Walker, appearing in person, and with counsel, Daniel Taylor.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, JUNE 19, 2018 at 11:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 5th day of March, 2018.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT
