UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**-vs-**                                             Case No. 1:17-cr-10067-STA

**HEATHER WALKER,**

      **Defendant.**

---

**ORDER TO CONTINUE SENTENCING HEARING AND NOTICE OF RESETTING**

---

This matter came to be heard before the Court upon a motion to continue the sentencing hearing of Heather Walker and without opposition of the Government the motion is well taken and is hereby granted.

IT IS THEREFORE ORDERED, that the sentencing hearing of Heather Walker in this cause is hereby continued until **Monday, July 30, 2018 at 9:30 A.M.**

Entered this 18th day of June, 2018.

                                                s/S. Thomas Anderson
                                                CHIEF U.S. DISTRICT COURT JUDGE